

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00215-CV

Steve F. **MONTOYA**, Jr., M.D., West Texas Renal Care and West Texas Nephrology,
Appellants

v.

Kirk **BREWER**, M.D.,
Appellee

From the 119th District Court, Tom Green County, Texas
Trial Court No. B-15-0285-C
Honorable Ben Woodward, Judge Presiding

# O R D E R

Appellant's appeal the trial court's interlocutory order granting Kirk Brewer's motion to dismiss. Kirk Brewer is one of the two named defendants in this action. Therefore, it appears the trial court's order granting Brewer's motion to dismiss does not dispose of all parties and asserted causes of action. Consequently, it appears this Court does not have jurisdiction over this interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2015).

It is therefore ORDERED that appellants show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending determination of jurisdiction.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court